# Exhibit 1

## Sworn Certification

DISTRICT OF COLUMBIA

    I, Herman M. Braude, having personal knowledge of the facts contained in this sworn certification, being competent to testify to them, and being over the age of eighteen (18) years, hereby swears as follows:

    1.    I have reviewed the foregoing pleading and authorized its filing;

    2.    The security that is the subject of the complaint was not purchased at the direction of counsel. Attached as Exhibit A and incorporated by reference are all transactions by me in said security during the class period specified in the complaint;

    3.    I am willing to provide testimony at deposition and trial;

    4.    I have never filed any other actions under the Exchange Act in the last three years in which I sought to serve as a class representative;

    5.    I affirm that I will receive no payment for serving as a class representative beyond my pro rata share of any recovery, except reimbursement of expenses authorized by statute.

                                                    /s/ Herman M. Braude
                                                    Herman M. Braude

*District of Columbia:*

Sworn to and subscribed before me this 3rd day of July, 2008, by:

                                                    Signature of Notary Public

Personally Known ✓   OR Produced _____ as Identification

DORIS WILKINS
Notary Public, District of Columbia
My Commission Expires June 14, 2010

# Exhibit A

| Date | Description | Symbol | Quantity | Price | Amount | Type |
|---|---|---|---|---|---|---|
| 06/02/08 | penn natl gaming inc | PENN | 1,400.000 | $46.3794 | -$64,931.16 | Margin |
| 06/02/08 | you bought penn natl gaming inc | PENN | 2,305.000 | $46.3800 | -$106,905.90 | Margin |
| 05/30/08 | you bought penn natl gaming inc | PENN | 40.000 | $45.6500 | -$1,826.00 | Margin |
| 05/30/08 | you bought penn natl gaming inc | PENN | 60.000 | $45.6600 | -$2,739.60 | Margin |
| 05/30/08 | you bought penn natl gaming inc | PENN | 200.000 | $45.5500 | -$9,110.00 | Margin |
| 05/30/08 | you bought penn natl gaming inc | PENN | 400.000 | $45.5100 | -$18,204.00 | Margin |
| 05/30/08 | you bought penn natl gaming inc | PENN | 700.000 | $45.5800 | -$31,906.00 | Margin |
| 05/30/08 | you bought penn natl gaming inc | PENN | 1,000.000 | $45.6000 | -$45,600.00 | Margin |
| 05/30/08 | you bought penn natl gaming inc | PENN | 1,200.000 | $45.5956 | -$54,714.72 | Margin |
| 05/30/08 | you bought penn natl gaming inc | PENN | 1,400.000 | $45.6682 | -$63,935.48 | Margin |
| 05/20/08 | margin interest @ 5.000% avg bal 445,525dr | | | | -$1,299.45 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 100.000 | $45.5800 | -$4,558.00 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 300.000 | $45.5700 | -$13,671.00 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 400.000 | $45.6100 | -$18,244.00 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 900.000 | $45.5900 | -$41,031.00 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 1,000.000 | $45.5164 | -$45,516.40 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 1,000.000 | $45.5650 | -$45,565.00 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 1,400.000 | $45.5182 | -$63,725.48 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 2,300.000 | $45.6200 | -$104,926.00 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 2,600.000 | $45.5200 | -$118,352.00 | Margin |
| 05/14/08 | you bought penn natl gaming inc | PENN | 5,000.000 | $45.5100 | -$227,550.00 | Margin |

| Date | Action | Symbol | Shares | Price | Amount | | Type |
|---|---|---|---|---|---|---|---|
| 06/02/08 | you bought penn natl gaming inc | PENN | 100.000 | $46.3700 | -$4,637.00 | | Margin |
| 06/02/08 | you bought penn natl gaming inc | PENN | 1,195.000 | $46.3600 | -$55,400.20 | | Margin |
| | you bought | | | | | | |
| 06/12/08 | you bought penn natl gaming inc | PENN | 1,400.000 | $43.1091 | -$60,352.74 | | Margin |
| 06/12/08 | you bought penn natl gaming inc | PENN | 3,600.000 | $43.1100 | -$155,196.00 | | Margin |
| 06/10/08 | you bought penn natl gaming inc | PENN | 100.000 | $43.6300 | -$4,363.00 | | Margin |
| 06/10/08 | you bought penn natl gaming inc | PENN | 700.000 | $43.6468 | -$30,552.76 | | Margin |
| 06/10/08 | you bought penn natl gaming inc | PENN | 1,700.000 | $43.6500 | -$74,210.00 | $5.00 | Margin |
| 06/13/08 | you bought penn natl gaming inc | PENN | 100.000 | $43.9800 | -$4,398.00 | | Margin |
| 06/13/08 | you bought penn natl gaming inc | PENN | 500.000 | $43.9600 | -$21,980.00 | | Margin |
| 06/13/08 | you bought penn natl gaming inc | PENN | 800.000 | $43.9900 | -$35,192.00 | | Margin |
| 06/13/08 | you bought penn natl gaming inc | PENN | 1,000.000 | $44.0000 | -$44,000.00 | | Margin |
| 06/13/08 | you bought penn natl gaming inc | PENN | 1,200.000 | $43.9700 | -$52,764.00 | | Margin |
| 06/13/08 | you bought penn natl gaming inc | PENN | 1,400.000 | $43.9985 | -$61,597.90 | | Margin |
| | you bought | | | | | | |