# Exhibit 3



# Financial Information
## Press Releases - 2007



Receive E-mail Alerts

**Keyword Search**

[          ] Search

Select Year: 2008 |

| Date | Title |
|---|---|
| 07/24/08 | Penn National Gaming Reports Second Quarter Diluted EPS of $0.42 and EBITDA of $164.2 Million |
| 07/16/08 | Penn National Gaming to Report Second Quarter Results and Host Conference Call and Webcast on July 24th |
| 07/09/08 | Penn National Gaming to Participate in the Oppenheimer 8th Annual Consumer Growth Conference on Thursday July 10 |
| 07/07/08 | Penn National Gaming Secures Option to Acquire Potential Gaming Site in Perryville Maryland |
| 07/03/08 | Penn National Gaming and PNG Acquisition Company Inc. Terminate Merger Agreement |
| 06/06/08 | Penn National Gaming Extends Merger End Date |
| 06/05/08 | Penn National Gaming Secures Transaction Approval from the Iowa Racing and Gaming Commission |
| 05/29/08 | Penn National Gaming Secures Transaction Approval from the Pennsylvania Gaming Control Board |
| 05/15/08 | Penn National Gaming Secures Transaction Approval from the West Virginia Racing Commission |
| 04/24/08 | Penn National Gaming Reports First Quarter Diluted EPS of $0.46 |
| 04/17/08 | Penn National Gaming Secures Transaction Approval from the Mississippi Gaming Commission |

| Date | Title | |
|---|---|---|
| 04/16/08 | Penn National Gaming Secures Transaction Approvals from the Pennsylvania State Horse Racing Commission and New Mexico Racing Commission | 🖨 |
| 04/16/08 | Penn National Gaming to Release First Quarter Results on April 24 | 🖨 |
| 04/15/08 | Penn National Gaming Secures Transaction Approval from the New Mexico Gaming Control Board | 🖨 |
| 03/20/08 | Penn National Gaming Secures Transaction Approval from the West Virginia Lottery Commission | 🖨 |
| 02/25/08 | Penn National Gaming Names Mark J. Loewe General Manager of Sanford-Orlando Kennel Club | 🖨 |
| 02/20/08 | Penn National Gaming to Retain Empress Casino Joliet | 🖨 |
| 02/07/08 | Penn National Gaming Reports Fourth Quarter Diluted EPS of $0.36 | 🖨 |
| 02/06/08 | Timothy J. Wilmott Appointed President and Chief Operating Officer of Penn National Gaming | 🖨 |
| 01/23/08 | Penn National Gaming to Release Fourth Quarter Results on February 7th | 🖨 |

Home • Property Directory • Financial Information • News • Company Information • Employment • Help
Press Releases • Legal • Community Relations • Contacts • Site Map

Privacy Policy • Terms of Use

Copyright © Penn National Gaming, Inc. ® All Rights Reserved